IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRI CARTER, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 7:21-cv-00582 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KILOLO KIJAKAZI, | ) By:   Hon. Thomas T. Cullen |
| Acting Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

In this social security appeal, the court referred the government's motion to dismiss (ECF No. 8) to Magistrate Judge Robert S. Ballou for report and recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Ballou entered his R&R on May 11, 2022, recommending that the court grant the government's motion. (ECF No. 13). Under Fed. R. Civ. P. 72(b)(2), Plaintiff Terri Carter was given 14 days to file objections to the R&R, but she did not file any objections. Accordingly, the court hereby **ORDERS** that:

(1) The R&R (ECF No. 13) is **ADOPTED**;

(2) The government's motion to dismiss (ECF No. 8) is **GRANTED**; and

(3) The clerk will **CLOSE** this case.

The clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 27th day of May, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE